DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHNNIE F. HOWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1294

_____

September 14, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Mark D. Kiser, Judge.

PER CURIAM.

    Affirmed.

KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.